IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID E. MILLER,

    Plaintiff,

v.

DAVID COOPER, THOMAS TAYLOR
DICKEY, ELIZABETH THROOP AND
DENNIS J. SHIELDS,
In their official and individual capacities,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  14-cv-361-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants David Cooper, Thomas Dickey, Elizabeth Throop, and Dennis Shields granting their motion for summary judgment and dismissing this case.


s/V. Olmo, Deputy Clerk_____        7/2/2015_____
Peter Oppeneer, Clerk of Court                                  Date